UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| FUJIFILM NORTH AMERICA CORPORATION, FUJIFILM SPECIALTY INK SYSTEMS LTD. and FUJIFILM INDIA PVT. LTD.,<br>    Plaintiffs,<br>v.<br><br>M&R PRINTING EQUIPMENT, INC., NOVUS PRINTING EQUIPMENT, LLC and NI HOLDINGS, INC. (f/k/a NOVUS IMAGING, INC.),<br>    Defendants. | Civil Action No.: 1:20-cv-00492-LM |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

NOW COME Plaintiffs, Fujifilm North America Corporation ("FNAC"), Fujifilm Speciality Ink Systems ("FSIS") and Fujifilm India Pvt. Ltd. ("FFIN"), (Collectively, "Fujifilm" or "Plaintiffs") and Defendants, M&R Printing Equipment, Inc., Novus Printing Equipment, LLC and NI Holdings, Inc. (f/k/a Novus Imaging, Inc.), ("Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to the dismissal of Plaintiffs' Complaint against Defendants and any other claim asserted or which could have been asserted by or against Defendants in the above-captioned matter, with prejudice.  Each party shall bear its own fees and expenses and all rights of appeal waived.

Respectfully submitted,

FUJIFILM NORTH AMERICAN CORPORATION, FUJIFILM SPECIALITY INK SYSTEMS LTD and FUJIFILM INDIA PVT. LTD

By Their Attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: 9/18/2023

*/s/ Thomas J. Pappas, Esq.*
Thomas J. Pappas, Esq. (NH Bar No. 4111)
900 Elm Street, 19th Floor
PO Box 3600
Manchester, NH  03105-3600
(603) 626-3300
tpappas@primmer.com


M&R PRINTING EQUIPMENT, INC. and NOVUS PRINTING EQUIPMENT, LLC

By Their Attorneys,

ORR & RENO, PA

Dated: 9/18/2023

*/s/ Jeffrey C. Spear, Esq.*
Jeffrey C. Spear (NH Bar No. 14938)
45 S. Main Street
Concord, NH  03301
(603) 224-2381
jspear@orr-reno.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has this day been forwarded via the Court's Electronic Case Filing System to all counsel of record.

Dated: 9/18/2023          By:  /s/Thomas J. Pappas
                                          Thomas J. Pappas, Esq.